JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 12-7966 |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Clayton Fletcher, aka | |
| Clayton L. Fletcher, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Clayton Fletcher, aka Clayton L. Fletcher, in the principal amount of $730.34 plus interest accrued to August 30, 2012, in the sum of $1,436.29; with interest accruing thereafter at 9% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$2,166.63**.

DATED: 9/20/2012          By: _____TERRY NAFISI_____
                                Clerk of the Court
                              _____L. RAYFORD_____
                                Deputy Clerk
                              United States District Court

Page 5